# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2433 Disciplinary Docket No. 3 |
| | : | |
| RANDY McRAE | : | Board File No. C1-17-133 |
| | : | |
| | : | (United States District Court for the District |
| | : | of Maryland, Misc. Case No. 16-mc-11) |
| | : | |
| | : | Attorney Registration No. 54996 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of April, 2018, Respondent's Motion for Leave to File Surreply to Disciplinary Counsel's Reply is granted. Upon consideration of the responses to a Notice and Order directing Randy McRae to provide reasons against the imposition of disbarment reciprocal to that imposed by the United States District Court for the District of Maryland, Randy McRae is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.